# United States District Court
# Central District of California

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UPS SUPPLY CHAIN SOLUTIONS, INC.; UPS ASIA GROUP PTE, LTD.; DOES 1–10, inclusive, <br><br> Defendants, | Case No. 2:14-cv-07149-ODW(JPRx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 11.), the Court hereby **ORDERS** Plaintiff **TO SHOW CAUSE**, in writing, **no later than Monday, December 1, 2014**, why settlement has not been finalized.  No hearing will be held.  This Order will be discharged upon the filing of a dismissal in compliance with the Federal Rules of Civil Procedure.  All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

October 17, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**